```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE QUIC PONCIO and FELIPE GERARDO
SAPON SAPON,

            Plaintiffs,

        -v-

FRANCESCO PIZZERIA & ITALIAN
RESTAURANT CORP., VITO RAPPA, and
AARON CASTRATI,

            Defendants.
-------------------------------------------------------------X

**ORDER**

17-CV-9660 (JPO) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    WHEREAS, the parties came before the undersigned for a settlement conference today and reached a settlement; and

    WHEREAS, the parties have now consented to the undersigned's jurisdiction over this matter for all purposes under 28 U.S.C. § 636(c);

    IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than March 27, 2019** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise comply with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties are directed to this Court's rulings in *Cruz v. Relay Delivery, Inc.*, 17-CV-7475 (JLC), 2018 WL 4203720 (S.D.N.Y. Sept. 4, 2018) (no reemployment provision impermissible and provision related to communication with media should not be overly restrictive); *Rivera v. Relay Delivery, Inc.,* 17-CV-5012 (JLC), 2018 WL 1989618 (S.D.N.Y. Apr. 26, 2018) (release that was broader and thus more favorable to defendants than plaintiff's narrower release was impermissible): *Howard v. Don Coleman Advertising, Inc.*, 16-CV-5060 (JLC), 2017 WL 773695 (S.D.N.Y. Feb. 28, 2017) (mutual non-disparagement

provision must include carve-out for truthfulness); and *Souza v. 65 St. Marks Bistro*, 15-CV-327 (JLC), 2015 WL 7271747 (S.D.N.Y. Nov. 6, 2015) (regarding impermissible confidentiality provisions and the proper scope of mutual general releases), for further guidance.

**SO ORDERED.**

Dated: February 27, 2019
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge